IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ARTHUR THORNTON, | : | NO. 11-130-1 |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of May 2012, upon consideration of Defendant's Motion to Suppress Evidence (Doc. No. 15), the Government's Response in Opposition (Doc. No. 23), and the arguments of counsel at the March 19, 2012 hearing, it is **ORDERED** that Defendant's Motion to Suppress Evidence (Doc. No. 15) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.